# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

152938

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MARY ELLEN WARRICK,
          Defendant-Appellant.

SC:  152938
COA:  329137
Macomb CC:  2014-001759-FH

_____/

By order of May 24, 2016, the application for leave to appeal the November 12, 2015 order of the Court of Appeals was held in abeyance pending the decision in *People v Comer* (Docket No. 152713).  On order of the Court, the case having been decided on June 23, 2017, 500 Mich 278 (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the March 5, 2015 amended judgment of sentence, and we REMAND this case to the Macomb Circuit Court to reinstate the February 12, 2015 judgment of sentence.  In *Comer*, we held that correcting an invalid sentence by adding a statutorily mandated term is a substantive correction that a trial court may make on its own initiative only before judgment is entered.  In this case, the trial court did not have authority to amend the judgment of sentence after entry to add a provision for consecutive sentencing under MCL 768.7a(2).  In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.

CLEMENT, J., did not participate.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2017



Clerk

a1120